UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| **DANNY CHARLES BUCK** | **CIVIL ACTION NO:** |
| **VERSUS** | **1:23-CV-382** |
| **GENERAL MOTORS, LLC** | |

## NOTICE OF SETTLEMENT

NOW INTO COURT, through undersigned counsel, comes the Plaintiff, DANNY CHARLES BUCK (hereinafter "BUCK"), who respectfully notifies this Honorable Court that the parties have reached a settlement in this matter. Upon completion of the settlement documents, the parties will file a dismissal of the action.

**RESPECTFULLY SUBMITTED,**

**DUCK LAW FIRM, L.L.C.**

/s/ Kevin R. Duck
**KEVIN R. DUCK (LA23043)**
5040 Ambassador Caffery Parkway
Suite 200
Lafayette, Louisiana 70508
Telephone: (337) 406-1144
Facsimile: (337) 406-1050
Email: krd@ducklawfirm.com

**Attorney-in-Charge for Plaintiff,
DANNY CHARLES BUCK**