IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

DANNY BUCK,                                  §
                                            §
                    Plaintiff,              §
                                            §
v.                                          §              1:23-CV-382-RP
                                            §
GENERAL MOTORS, LLC,                        §
                                            §
                    Defendant.              §

## ORDER

On June 21, 2023, Plaintiff Danny Buck dismissed this action with prejudice pursuant to

Rule 41(a)(1)(A)(i). (Dkt. 8). Rule 41(a)(1)(A)(i) allows a plaintiff to voluntarily dismiss an action

without a court order by filing a notice of dismissal before the opposing party serves an answer or a

motion for summary judgment. Fed. R. Civ. P. 41(a)(1)(A)(i). Defendant has not served an answer

or motion for summary judgment. Plaintiff's notice is therefore "self-effectuating and terminates the

case in and of itself; no order or other action of the district court is required." *In re Amerijet Int'l, Inc.*,

785 F.3d 967, 973 (5th Cir. 2015), *as revised* (May 15, 2015).

As nothing remains to resolve, **IT IS ORDERED** that the case is **CLOSED**.

**SIGNED** on July 21, 2023.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE